IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GLORIA WEAVER,

    Plaintiff,

vs.                                                 1:12-cv-205-MP-GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER

Pending before the Court is Plaintiff's unopposed motion for extension of time to file her memorandum of law. (Doc. 12.) Plaintiff requests an extension of time to file her memorandum until February 11, 2013. Pursuant to Local Rule 7.1(B), Plaintiff's counsel certifies Defendant's counsel has been contacted and Defendant does not object to the requested relief.

Accordingly, upon due consideration, Plaintiff's Motion for Extension of Time to File Memorandum of Law (Doc. 12) is **GRANTED**. Plaintiff shall file her memorandum on or before **February 11, 2013.** Defendant shall file his memorandum on or before **April 12, 2013.**

**DONE AND ORDERED** this 16th day of January, 2013.

                                                *s/ Gary R. Jones*
                                                GARY R. JONES
                                                United States Magistrate Judge